IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARRY WAYNE FLEMON, JR.                                      PLAINTIFF

v.                    NO. 3:16-cv-00342 PSH

NANCY A. BERRYHILL, Acting Commissioner                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Barry Wayne Flemon, Jr.

IT IS SO ORDERED this 24th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE