IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARRY FLEMON, Jr.                                                                                    PLAINTIFF

VS.                              CASE NO. 3:16CV00342 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                                   DEFENDANT

**ORDER**

Now before the Court is the plaintiff Barry Flemon, Jr.'s ("Flemon") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Nancy A. Berryhill ("Berryhill") does not oppose the motion.

We grant the motion, approving an EAJA award in the total amount of $2,707.22 (fees in the amount of $2,687.15 plus expenses of $20.07). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Flemon, and not his attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Flemon, in care of his attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 29th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE